THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE VALENCIA, Appellant.

Submitted June 14, 2004; decided July 1, 2004

Motion to enlarge the record on appeal denied. Motion for an extension of time to file respondent's brief granted and respondent directed to file its brief within 30 days of the disposition of this motion.

In the Matter of PETER G. and Others, Children Alleged to be Neglected. ANGELA G. et al., Respondents; ADMINISTRATION FOR CHILDREN'S SERVICES, Appellant.

Submitted June 14, 2004; decided July 1, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (CPLR 5601 [a]).

WENDE C. et al., Appellants, v UNITED METHODIST CHURCH, NEW YORK WEST AREA, Defendant, and WESTERN NEW YORK CONFERENCE OF UNITED METHODIST CHURCH et al., Respondents.

Submitted July 26, 2004; decided July 29, 2004

On reading and filing [the] stipulation, it is ordered, that the above-captioned appeal be and the same hereby is withdrawn as to respondent Hosanna Junction United Methodist Church.